IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PATRICK K. DUNN,** | * | Case No. 18-15937-RAG |
| *Debtor*. | * | Chapter 7 |
| * * * * * * * | * * * * * | |
| **CRESTWOOD TECHNOLOGY GROUP CORP.,** | * | |
| | * | |
| *Plaintiff* | | |
| | * | |
| v. | | Adversary No. 18-00448 |
| | * | |
| **PATRICK K. DUNN,** | * | |
| *Defendant*. | * | |
| * * * * * * * | * * * * * | |

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATES

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7003-2, Plaintiff Crestwood Technology Group Corp. ("CTG"), by undersigned counsel, discloses that (1) CTG has no parent corporation and (2) no publicly held corporation holds more than 10% of its stock.

| | |
|---|---|
| Dated: November 20, 2018 | /s/ Walter R. Kirkman |
| | Walter R. Kirkman (Bar No. 28032) |
| | Baker, Donelson, Bearman |
| | Caldwell & Berkowitz, PC |
| | 100 Light Street, 19th Floor |
| | Baltimore, Maryland  21202 |
| | Phone No. 410-862-1150 |
| | Fax No. 443-263-7550 |
| | E-mail: wkirkman@bakerdonelson.com |
| | |
| | Attorney for Crestwood Technology Group Corp. |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Disclosure of Corporate Affiliates will be served on Patrick K. Dunn, 22 Goucher Woods Court, Towson, Maryland 21286, via original process along with a summons and a copy of the *Complaint to Determine Dischargeability of Debt* filed in this adversary proceeding.

/s/ Walter R. Kirkman
Walter R. Kirkman