Entered: January 21st, 2020
Signed: January 17th, 2020

**SO ORDERED**



**ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PATRICK K. DUNN,** | * | Case No. 18-15937-RAG |
| *Debtor.* | * | Chapter 7 |
| * * * * * * | * * * * * | |
| **CRESTWOOD TECHNOLOGY GROUP CORP.,** | * | |
| | * | |
| *Plaintiff* | * | |
| v. | | Adversary No. 18-00448 |
| | * | |
| **PATRICK K. DUNN,** | * | |
| *Defendant.* | * | |
| * * * * * * | * * * * * | |

**ORDER GRANTING IN PART AND DENYING IN PART CRESTWOOD
TECHNOLOGY GROUP'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Crestwood Technology Group's *Motion for Summary Judgment (Preclusion, Conclusively Established Claims for Relief, and Post-Petition Conduct)* (the "Motion") (Doc. 41), and the memorandum, declaration and exhibits filed

in support of the Motion, and the opposition thereto (Doc. 50) filed by Patrick K. Dunn (the "Debtor"), oral argument of counsel and the Debtor at the hearing on the Motion and the opposition thereto conducted by the Court on October 18, 2019, and the post-hearing supplemental memoranda filed by Crestwood Technology Group Corp. ("CTG") and the Debtor (Docs. 58 and 60), and for the reasons stated by the Court in its oral ruling on the Motion on January 14, 2020, which ruling is adopted herein by reference, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED as to the First Claim for Relief (Non-Dischargeable Debt Under 11 U.S.C. § 523(a)(4)) set forth in CTG's *Complaint to Determine Dischargeability of Debt* (Doc 1) (the "Complaint").

2. The full amount of the Debtor's indebtedness to CTG arising from that certain judgment entered by the United States District Court for the Southern District of New York on April 2, 2019 in the action captioned *Crestwood Technology Group Corp. v. Patrick K. Dunn*, Civil Action No. 17-cv-08283 (KMK) is excepted from discharge pursuant to 11 U.S.C. § 523(a)(4).

3. The Motion is DENIED as to the Second Claim for Relief (Non-Dischargeable Debt Under 11 U.S.C. § 523(a)(6)) set forth in the Complaint and as to all other relief requested in the Motion.

4. A trial on the merits of the Second Claim for Relief set forth in the Complaint shall be scheduled by separate Order of the Court.

**END OF ORDER**

cc:    Patrick K. Dunn
22 Goucher Woods Court
Towson, Maryland  21286

Walter R. Kirkman, Esquire
Baker, Donelson, Bearman
Caldwell & Berkowitz, PC
100 Light Street, 19th Floor
Baltimore, Maryland 21202