IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **PATRICK K. DUNN,** | * | Case No. 18-15937-RAG |
| *Debtor.* | * | Chapter 7 |
| * * * * * * | * | * * * * * |
| **CRESTWOOD TECHNOLOGY GROUP CORP.,** | * | |
| | * | |
| *Plaintiff* | * | |
| v. | | Adversary No. 18-00448 |
| | * | |
| **PATRICK K. DUNN,** | * | |
| *Defendant.* | * | |
| * * * * * * | * | * * * * * |

**ORDER ENTERING JUDGMENT ON FIRST CLAIM FOR RELIEF
IN CRESTWOOD TECHNOLOGY GROUP'S COMPLAINT**

Upon consideration of Crestwood Technology Group's *Motion for Leave to Dismiss Second Claim for Relief in Complaint and for Entry of Final Judgment on First Claim for Relief*, and any response thereto by Patrick K. Dunn (the "Debtor"), and it

appearing to the Court that, by Order of the Court entered on January 21, 2020 (Doc 64), summary judgment was previously granted in favor of Crestwood Technology Group Corp. ("CTG") on the first claim for relief in the *Complaint to Determine Dischargeability of Debt* (the "Complaint") (Doc 1); and that, by separate Order of the Court entered prior hereto, the Court granted CTG leave to dismiss the second claim for relief in the Complaint and such claim for relief was thereby dismissed; and that, as a result of such dismissal, there are no further claims to be adjudicated in this adversary proceeding, there is no just reason for delay of entry of judgment, and CTG is entitled to judgment in its favor on the first claim for relief in the Complaint, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Debtor's indebtedness to CTG arising from that certain judgment entered by the United States District Court for the Southern District of New York on April 2, 2019 in the action captioned *Crestwood Technology Group Corp. v. Patrick K. Dunn*, Civil Action No. 17-cv-08283 (KMK) (the "New York Judgment") is excepted from discharge pursuant to 11 U.S.C. § 523(a)(4).

2. Effective as of the date of this Judgment, and notwithstanding the automatic stay (if still applicable) or the discharge injunction, both of which are hereby modified to the extent necessary to give full effect to the terms of this Order, the New York Judgment may be fully enforced by CTG and its successors and assigns in accordance with applicable non-bankruptcy law.

**END OF ORDER**

cc:	Patrick K. Dunn
	22 Goucher Woods Court
	Towson, Maryland  21286

	Walter R. Kirkman, Esquire
	Baker, Donelson, Bearman
	Caldwell & Berkowitz, PC
	100 Light Street, 19th Floor
	Baltimore, Maryland 21202